Abby L. Dennis, DC Bar No. 994476
Peter Richman, CA Bar # 149107
Ashley Masters, TX Bar # 24041412
Abigail Wood, DC Bar # 242239

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; prichman@ftc.gov;
amasters@ftc.gov; awood@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**INTERCONTINENTAL EXCHANGE, INC.**<br><br>and<br><br>**BLACK KNIGHT, INC.**,<br><br>　　　　Defendants. | Case No. 3:23-CV-01710<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Complaint for a Temporary Restraining Order and Preliminary Injunction (attached hereto, hereinafter "Complaint").

Certain portions of Plaintiff's Complaint contain information obtained from Intercontinental Exchange, Inc. ("ICE") and Black Knight, Inc. ("Black Knight") during the course of the FTC's non-public investigation regarding ICE's proposed acquisition of Black Knight. ICE and Black Knight designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Complaint | Paragraph 9, Portions of Lines 15-19 | ICE |
| Complaint | Paragraph 10, Portions of Lines 20-23, 25-27 | ICE |
| Complaint | Paragraph 11, Lines 2-3 | ICE |
| Complaint | Paragraph 12, Portions of Lines 7-10 | ICE |
| Complaint | Paragraph 42, Lines 18-19 | Black Knight |
| Complaint | Paragraph 49, Lines 25-26 | ICE |
| Complaint | Paragraph 57, Portions of Lines 10-13 | ICE |
| Complaint | Paragraph 59, Lines 21-22 | ICE |
| Complaint | Paragraph 61, Portions of Lines 3-5 | ICE and Black Knight |
| Complaint | Paragraph 63, Portions of Lines 14-16 | Black Knight |
| Complaint | Paragraph 71, Line 3 | ICE and Black Knight |
| Complaint | Paragraph 72, Lines 4-5 | ICE and Black Knight |
| Complaint | Paragraph 79, Portions of Lines 5-7, 10-16 | ICE and Black Knight |

| | | |
|---|---|---|
| Complaint | Paragraph 80, Lines 17-21 | ICE |
| Complaint | Paragraph 81, Portions of Lines 24-26 | ICE and Black Knight |
| Complaint | Paragraph 82, Lines 1-2 | Black Knight |
| Complaint | Paragraph 83, Portions of Lines 3-9 | ICE |
| Complaint | Paragraph 84, Portions of Lines 10-16 | Black Knight |
| Complaint | Paragraph 86, Portions of Lines 22-26, 1-2 | ICE and Black Knight |
| Complaint | Paragraph 87, Portions of Lines 6-13, 1-11 | ICE |
| Complaint | Paragraph 90, Lines 25-26 | Black Knight |
| Complaint | Paragraph 91, Portions of Lines 3-5 | ICE |
| Complaint | Paragraph 97, Lines 7-8 | ICE |
| Complaint | Paragraph 98, Line 10 | ICE |
| Complaint | Paragraph 100, Portions of Lines 17-18 | ICE and Black Knight |
| Complaint | Paragraph 101, Lines 19-21 | ICE and Black Knight |
| Complaint | Paragraph 102, Portions of Lines 23-26, 1-2 | Black Knight |
| Complaint | Paragraph 104, Portions of Lines 9-16 | ICE and Black Knight |
| Complaint | Paragraph 105, Portions of Lines 19-26 | ICE and Black Knight |
| Complaint | Paragraph 106, Portions of Lines 3-7 | Black Knight |
| Complaint | Paragraph 107, Portions of Lines 10-17 | ICE |
| Complaint | Paragraph 108, Portions of Lines 18-20 | ICE |
| Complaint | Paragraph 109, Portions of Lines 21-27 | ICE |
| Complaint | Paragraph 110, Portions of Lines 1-6 | ICE |
| Complaint | Paragraph 111, Portions of Lines 8-13 | ICE |
| Complaint | Paragraph 112, Portions of Lines 14, 16-18 | ICE |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-01710

| | | |
|---|---|---|
| Complaint | Paragraph 113, Portions of Lines 19, 21-26, 1-2 | ICE and Black Knight |
| Complaint | Paragraph 118, Portions of Lines 9-16 | ICE |
| Complaint | Paragraph 119, Portions of Lines 17, 19-23 | Black Knight |
| Complaint | Paragraph 121, Portions of Lines 26-27, 2-3 | ICE and Black Knight |
| Complaint | Paragraph 122, Portions of Lines 8-11 | ICE |
| Complaint | Paragraph 123, Lines 12-18 | ICE |
| Complaint | Paragraph 125, Lines 24, 1 | ICE and Black Knight |
| Complaint | Paragraph 126, Portions of Lines 3-5 | ICE and Black Knight |
| Complaint | Paragraph 127, Portions of Lines 8-12 | ICE |
| Complaint | Paragraph 132, Lines 10-12 | Black Knight |
| Complaint | Paragraph 133, Portions of Lines 19-23 | ICE and Black Knight |
| Complaint | Paragraph 135, Line 8 | Black Knight |
| Complaint | Paragraph 136, Lines 11-12 | ICE and Black Knight |
| Complaint | Paragraph 137, Line 23 | ICE |
| Complaint | Paragraph 140, Lines 16-17 | Black Knight |
| Complaint | Paragraph 142, Portions of Lines 8-10 | ICE and Black Knight |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has redacted the above-referenced yellow-highlighted portions of its Complaint because ICE or Black Knight has designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Plaintiff takes no position on the merits of sealing ICE's and Black Knight's designated

material, and expects ICE and/or Black Knight to file one or more declarations in accordance with the Local Rule 79-5(f)(3).

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the Complaint for a Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act accompany this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Plaintiff will serve this Administrative Motion on all defendants and will file a Certificate of Service after doing so.

Dated: April 10, 2023                                    Respectfully Submitted,

*/s/ Abby L. Dennis*
Abby L. Dennis
Peter Richman
Ashley Masters
Abigail Wood
Daniel Aldrich
Catharine Bill
Caitlin Cipicchio
Steven Couper
Kurt Herrera-Heintz
Janet Kim
Christopher Lamar
Laura Antonini
Lauren Sillman
Neal Perlman
Nicolas Stebinger
Nina Thanawala
Taylor Weaver

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*Counsel for Plaintiff Federal Trade Commission*