UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERCONTINENTAL EXCHANGE, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-01710-AMO<br><br>**NOTICE RE: UNAVAILABILITY AND GENERAL DUTY JUDGE** |

The Federal Trade Commission (FTC) filed this action for a temporary restraining order and preliminary injunction on April 10, 2023. The case is assigned to the Hon. Araceli Martinez-Olguin. The Complaint represents Plaintiff and Defendants have agreed to a stipulated temporary restraining order pending preliminary injunction proceedings (Dkt. No. 1 at ¶¶ 1, 18), although the stipulation has not yet been filed. The parties are advised Judge Martinez-Olguin is unavailable through April 14, 2023. The undersigned is the General Duty Judge through April 11, 2023, and Chief Judge Richard Seeborg is the General Duty Judge April, 12, 13, 14, 2023. If the parties require action on a stipulated temporary restraining order prior to April 17, 2023, they should file it with the appropriate General Duty Judge.

**IT IS SO ORDERED.**

Dated: April 11, 2023

JACQUELINE SCOTT CORLEY
United States District Judge