UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-01710-AMO |
| **INTERCONTINENTAL EXCHANGE, INC.** | **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| and | |
| **BLACK KNIGHT, INC.**, | |
| Defendants. | |

Plaintiff Federal Trade Commission's Emergency Motion for Temporary Restraining Order came before this Court for hearing on _____, 2023.  Having considered the Motion and given the parties notice and an opportunity to be heard, the Court hereby GRANTS the Motion and ORDERS as follows:  Defendants Intercontinental Exchange, Inc., and Black Knight, Inc., shall not close or consummate their proposed transaction until after 11:59 p.m. Eastern Time on the second (2nd) business day after the Court rules on the FTC's motion for a preliminary injunction under Section 13(b) of the Federal Trade Commission Act, or a date set by the Court, whichever is later.

Defendants Intercontinental Exchange, Inc., and Black Knight, Inc., shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from closing or consummating, directly or indirectly, the proposed transaction.

IT IS SO ORDERED.

Dated: _____, 2023        _____
                                        Honorable Araceli Martínez-Olguín
                                        United States District Judge
                                        Northern District of California