Abby L. Dennis, DC Bar # 994476
Peter Richman, CA Bar # 149107
Ashley Masters, TX Bar # 24041412
Abigail Wood, DC Bar # 242239

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; prichman@ftc.gov;
amasters@ftc.gov; awood@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**INTERCONTINENTAL EXCHANGE, INC.**<br><br>and<br><br>**BLACK KNIGHT, INC.**,<br><br>　　　　Defendants. | Case No. 3:23-cv-01710-AMO<br><br>**PARTIES' JOINT RESPONSE TO THE COURT'S ORDER OF APRIL 25, 2023 (DKT. 56)** |

In accordance with this Court's April 25, 2023 Order (Dkt. 56), and the Clerk's Notice of April 28, 2023 (Dkt. 63), the parties have conferred regarding a date for the in-person case management conference and are available to proceed on May 12. A prior family commitment prevents Black Knight's lead counsel from attending, but counsel-of-record for Black Knight will attend.

Dated:  April 28, 2023

Respectfully submitted,

/s/ Abby L. Dennis
Abby L. Dennis
Peter Richman
Ashley Masters
Abigail Wood
Daniel Aldrich
Laura Antonini
Catharine Bill
Caitlin Cipicchio
Steven Couper
Kurt Herrera-Heintz
Janet Kim
Christopher Lamar
Lauren Sillman
Neal Perlman
Nicolas Stebinger
Nina Thanawala
Taylor Weaver

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*Counsel for Plaintiff Federal Trade Commission*

/s/ Kalpana Srinivasan
Kalpana Srinivasan, Bar No. 237460
ksrinivasan@susmangodfrey.com
Michael Gervais, Bar No. 330731
mgervais@susmangodfrey.com

PARTIES' JOINT RESPONSE TO THE COURT'S ORDER OF APRIL 25, 2023 (DKT. 56)
CASE NO. 3:23-cv-01710-AMO

2

Jesse-Justin Cuevas, Bar No. 307611
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Shawn L. Raymond, pro hac vice
sraymond@susmangodfrey.com
Alexander L. Kaplan, pro hac vice
akaplan@susmangodfrey.com
Adam Carlis, pro hac vice forthcoming
acarlis@susmangodfrey.com
Abigail Noebels, pro hac vice
anoebels@susmangodfrey.com
Alejandra C. Salinas, pro hac vice forthcoming
asalinas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. Clayton Everett Jr., pro hac vice
clay.everett@morganlewis.com
Ryan M. Kantor, pro hac vice
ryan.kantor@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

John C. Dodds, pro hac vice
john.dodds@morganlewis.com
Zachary M. Johns, pro hac vice
zachary.johns@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (212) 309-6001

*Attorneys for Defendant*
*Intercontinental Exchange, Inc.*


/s/ Elliot R. Peters
ELLIOT R. PETERS - # 158708
epeters@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

JONATHAN M. MOSES (pro hac vice)
jmmoses@wlrk.com
ADAM L. GOODMAN (pro hac vice)
algoodman@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendant*
*BLACK KNIGHT, INC.*

PARTIES' JOINT RESPONSE TO THE COURT'S ORDER OF APRIL 25, 2023 (DKT. 56)
CASE NO. 3:23-cv-01710-AMO

4

**FILER'S ATTESTATION**

I, Abby L. Dennis, am the ECF User whose ID and password are being used to file this PARTIES' JOINT RESPONSE TO THE COURT'S ORDER OF APRIL 25, 2023 (DKT. 56). In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Abby L. Dennis
Abby L. Dennis