KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

WACHTELL, LIPTON, ROSEN & KATZ
JONATHAN M. MOSES *(pro hac vice)*
jmmoses@wlrk.com
ADAM L. GOODMAN *(pro hac vice)*
algoodman@wlrk.com
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

Attorneys for Defendant
BLACK KNIGHT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>             Plaintiff,<br><br>       v.<br><br>INTERCONTINENTAL EXCHANGE, INC. and BLACK KNIGHT, INC.<br><br>             Defendants. | Case No. 3:23-cv-01710<br><br>**RESPONSE OF DEFENDANT BLACK KNIGHT INC. TO CLERK'S NOTICE**<br><br>Judge:    Hon. Araceli Martínez-Olguín |

Pursuant to the April 28, 2023, Clerk's Notice (Dkt. 66), Defendant Black Knight, Inc. confirms that R. James Slaughter and Khari Tillery, who will attend the May 12, 2023, Case Management Conference on behalf of Black Knight, will have full authority to enter into stipulations and make admissions pursuant to the Northern District of California's general standing order on Joint Case Management Statements. Black Knight appreciates the Court's excusing lead counsel from attending the conference so that he may attend his daughter's graduation.

Dated: May 1, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ Elliot R. Peters
ELLIOT R. PETERS
R. JAMES SLAUGHTER
KHARI J. TILLERY

Attorneys for Defendant
BLACK KNIGHT, INC.

WACHTELL, LIPTON, ROSEN & KATZ

JONATHAN M. MOSES
ADAM L. GOODMAN

Attorneys for Defendant
BLACK KNIGHT, INC.