Abby L. Dennis, DC Bar No. 994476
Peter Richman, CA Bar # 149107
Ashley Masters, TX Bar # 24041412
Abigail Wood, DC Bar # 242239

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; prichman@ftc.gov;
amasters@ftc.gov; awood@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.** <br><br> and <br><br> **BLACK KNIGHT, INC.,** <br><br> Defendants. | Case No. 3:23-cv-01710-AMO <br><br> **NOTICE OF APPEARANCE OF DANIEL ALDRICH AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-01710-AMO

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of Plaintiff Federal Trade Commission in the above-captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Federal Trade Commission. My contact information is:

>Daniel Aldrich
>Federal Trade Commission
>600 Pennsylvania Ave. NW
>Washington, DC 20580
>Telephone: (202) 326-2786
>Fax: (202) 326-3383
>Email: daldrich@ftc.gov

I am admitted to practice in and am in good standing with the bar of the District of Columbia. I am authorized to appear before this court on behalf of the Federal Trade Commission pursuant to Local Rule 11-2.

DATED: May 10, 2023

>/s/ Daniel Aldrich
>Daniel Aldrich
>
>Abby L. Dennis
>Peter Richman
>Ashley Masters
>Abigail Wood
>Laura Antonini
>Catherine Bill
>Caitlin Cipicchio
>Steven Couper
>Janet Kim
>Christopher Lamar
>Lauren Sillman
>Neal Perlman
>Nicolas Stebinger
>Nina Thanawala
>Taylor Weaver
>
>Federal Trade Commission
>600 Pennsylvania Avenue, NW
>Washington, DC 20580

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-01710-AMO

Tel: (202) 326-2381

*Counsel for Plaintiff Federal Trade Commission*

Notice of Appearance
Case No. 3:23-cv-01710-AMO

3