Abby L. Dennis, DC Bar No. 994476
Peter Richman, CA Bar # 149107
Ashley Masters, TX Bar # 24041412
Abigail Wood, DC Bar # 242239

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; prichman@ftc.gov;
amasters@ftc.gov; awood@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | Case No. 3:23-cv-01710-AMO |
| v. | |
| **INTERCONTINENTAL EXCHANGE, INC.** | **NOTICE OF APPEARANCE OF LAURA ANTONINI AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |
| and | |
| **BLACK KNIGHT, INC.**, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of Plaintiff Federal Trade Commission in the above-captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Federal Trade Commission. My contact information is:

Laura Antonini
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
Telephone: (202) 326-2701
Fax: (202) 326-3383
Email: lantonini@ftc.gov

I am admitted to practice in and am in good standing with the bar of the State of California. I am authorized to appear before this court on behalf of the Federal Trade Commission pursuant to Local Rule 11-2.

DATED: May 10, 2023                    */s/ Laura Antonini*
                                       Laura Antonini

                                       Abby L. Dennis
                                       Peter Richman
                                       Ashley Masters
                                       Abigail Wood
                                       Daniel Aldrich
                                       Catherine Bill
                                       Caitlin Cipicchio
                                       Steven Couper
                                       Janet Kim
                                       Christopher Lamar
                                       Lauren Sillman
                                       Neal Perlman
                                       Nicolas Stebinger
                                       Nina Thanawala
                                       Taylor Weaver

                                       Federal Trade Commission
                                       600 Pennsylvania Avenue, NW
                                       Washington, DC 20580

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-01710-AMO
                    2

Tel: (202) 326-2381

*Counsel for Plaintiff Federal Trade Commission*