UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.** <br><br> and <br><br> **BLACK KNIGHT, INC.**, <br><br> Defendants. | Case No. 3:23-cv-01710-AMO <br><br> **[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
Case No. 3:23-cv-01710-AMO

Plaintiff Federal Trade Commission's Motion to Strike Defendants' Affirmative Defenses came on for hearing on June 22, 2023. Having considered the Motion and given the parties notice and an opportunity to be heard, the Court hereby GRANTS the Motion and ORDERS as follows: Intercontinental Exchange, Inc.'s and Black Knight, Inc.'s First, Second, Third, Fourth, Fifth, Sixth, Seventh, and Eight Affirmative Defenses are STRICKEN WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____, 2023        By: _____
                                                  Hon. Araceli Martínez-Olguín
                                                  United States District Judge