| | |
|---|---|
| Abby L. Dennis, DC Bar # 994476 | Stephen Ehrlich, NY Bar # 5264171 |
| Peter Richman, CA Bar # 149107 | |
| Ashley Masters, TX Bar # 24041412 | U.S. Department of Justice |
| Abigail Wood, DC Bar # 242239 | Civil Division, Federal Programs Branch |
| | 100 L Street, NW |
| Federal Trade Commission | Washington, DC 20005 |
| 600 Pennsylvania Avenue, NW | Tel: (202) 305-9803 |
| Washington, DC 20580 | |
| Tel: (202) 326-2381 | stephen.ehrlich@usdoj.gov |

adennis@ftc.gov; prichman@ftc.gov;
amasters@ftc.gov; awood@ftc.gov

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 3:23-cv-01710-AMO |
| v. | |
| INTERCONTINENTAL EXCHANGE, INC. | **NOTICE OF APPEARANCE OF STEPHEN EHRLICH AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |
| and | |
| BLACK KNIGHT, INC., | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of
3  Plaintiff Federal Trade Commission in the above-captioned matter.  *See* 15 U.S.C.
4  § 56(a).  I am authorized to receive service of all pleadings, notices, orders and
5  other papers regarding this action on behalf of the Federal Trade Commission.
6  My contact information is:

>   Stephen Ehrlich
>   U.S. Department of Justice
>   Civil Division, Federal Programs Branch
>   100 L Street, NW
>   Washington, DC 20005
>   Tel: (202) 305-9803
>   Email: stephen.ehrlich@usdoj.gov

13        I am admitted to practice in and am in good standing with the bar of New
14 York.  I am authorized to appear before this court on behalf of the Federal Trade
15 Commission under Local Rule 11-2.

DATED: June 10, 2023

Respectfully submitted,

Abby L. Dennis
Peter Richman
Ashley Masters
Abigail Wood
Daniel Aldrich
Laura Antonini
Catherine Bill
Caitlin Cipicchio
Steven Couper
Janet Kim
Neal Perlman
Christopher Lamar
Lauren Sillman
Nicolas Stebinger
Nina Thanawala
Taylor Weaver

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

/s/ *Stephen Ehrlich*
Stephen Ehrlich

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tele:     (202) 305-9803
Email:   stephen.ehrlich@usdoj.gov

*Counsel for Plaintiff Federal Trade Commission*