# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., *Plaintiffs,* v. THOMAS JEFFERSON UNIVERSITY, et al. *Defendants.* | CIVIL ACTION NO. 20-01113 |

## ORDER

**AND NOW**, this 10th day of September 2020, upon consideration of Defendants' Motion *in Limine* (ECF No. 132), their exhibits (ECF No. 135), and Plaintiffs' Response (ECF No. 166), it is **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Defendants seek to preclude Plaintiffs from offering declarations and third-party investigational hearing transcripts they obtained before filing their Complaint. Arguing the documents are hearsay, needlessly cumulative and controvert Federal Rule of Civil Procedure 43's preference for live testimony, Defendants ask the Court to refrain from exercising its discretion to consider them. (Def.'s Mot. at 2–4, ECF No. 132.)

The Court is not strictly bound by the Federal Rules of Evidence in a preliminary injunction proceeding. As both sides acknowledge, the Court may use its discretion to consider hearsay evidence in this context. *See Kos Pharms., Inc. v. Andrx Corp.*, 369 F.3d 700, 718–19 (3d Cir. 2004) ("District courts must exercise their discretion in weighing all the attendant factors, including the need for expedition, to assess whether, and to what extent, affidavits or other hearsay materials are appropriate given the character and objectives of the injunctive proceeding.") (internal quotation marks and citation omitted). Given that part of the Court's role in the preliminary injunction proceeding will be to determine Plaintiffs' likelihood of success on the merits in the administrative adjudication, *see FTC v. Penn State Hershey Med. Ctr.*, 838 F.3d 327, 337 (3d Cir. 2016), Plaintiffs may present declarations or investigational hearing transcripts that they may later introduce during the administrative adjudication. The parties are also entitled to examine live witnesses as they deem appropriate during the preliminary injunction hearing. The Court will evaluate and consider the live testimony and accompanying evidence and will give the weight it considers appropriate to any declarations or investigational hearing transcripts introduced into the record in the absence of a live witness.