**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.** <br><br> and <br><br> **BLACK KNIGHT, INC.,** <br><br> Defendants. | Case No. 3:23-cv-01710-AMO <br><br> **JOINT STIPULATION AND [PROPOSED] MODIFIED ORDER REGARDING PRE-HEARING DEADLINES** |

The undersigned parties submit this joint stipulation pursuant to the Court's June 22, 2023 order (ECF 153).

In anticipation of the evidentiary hearing, the parties must meet and confer regarding the presentation of evidence and any other matters necessary to ensure the efficient presentation of the issues. Then, on Friday, July 14, 2023, the parties shall file a joint statement setting forth the following:

1. A list identifying each witness each party intends to call, the subject-matter of the testimony, and the anticipated length of the examination.

2. A list identifying each exhibit each party intends to offer at the evidentiary hearing through a witness declaration or live testimony. The list should also identify which exhibits are subject to a confidentiality designation and where on the docket the Court can locate a motion for in camera treatment, if any or a declaration in support of sealing as required by Local Rule 79-5. The parties are cautioned that the Court strongly disfavors closing the courtroom for any portion of the evidentiary hearing.

Further, the parties stipulate, subject to the Court's approval, to the following modifications to the Court's scheduling order (ECF 94).

| Event | Deadline |
|---|---|
| Parties that intend to offer as evidence materials designated as confidential by an opposing party or non-party shall provide notice to the opposing party or non-party of any such materials by this date. | July 7, 2023 |
| Deadline to file motions for in camera treatment of proposed hearing exhibits. | July 12, 2023 |
| Deadline to file responses to motions for in camera treatment of proposed hearing exhibits. | July 17, 2023 |

1  STIPULATED BY:

2  Dated: June 23, 2023

3

| 4  | SUSMAN GODFREY L.L.P. | FEDERAL TRADE COMMISSION |
|---|---|---|
| 6  | By: */s/ Kalpana Srinivasan* | By: */s/ Abby L. Dennis* |
| 7  | Kalpana Srinivasan | Abby L. Dennis |
| 8  | Kalpana Srinivasan, Bar No. 237460<br>ksrinivasan@susmangodfrey.com<br>Michael Gervais, Bar No. 330731<br>mgervais@susmangodfrey.com<br>Jesse-Justin Cuevas, Bar No. 307611<br>jcuevas@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 | Peter Richman<br>Ashley Masters<br>Abigail Wood<br>Daniel Aldrich<br>Laura Antonini<br>Catharine Bill<br>Caitlin Cipicchio<br>Steven Couper<br>Jessica S. Drake<br>Janet Kim<br>Christopher Lamar<br>Lauren Sillman |
| 15 | Shawn L. Raymond, *pro hac vice*<br>sraymond@susmangodfrey.com<br>Alexander L. Kaplan, *pro hac vice*<br>akaplan@susmangodfrey.com<br>Adam Carlis, *pro hac vice forthcoming*<br>acarlis@susmangodfrey.com<br>Michael C. Kelso, *pro hac vice pending*<br>mkelso@susmangodfrey.com<br>Abigail Noebels, *pro hac vice*<br>anoebels@susmangodfrey.com<br>Alejandra C. Salinas, *pro hac vice forthcoming*<br>asalinas@susmangodfrey.com<br>Krisina Zuñiga, *pro hac vice*<br>kzuniga@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 | Neal Perlman<br>Nicolas Stebinger<br>Nina Thanawala<br>Taylor Weaver<br><br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Telephone: (202) 326-2381<br><br>*Attorneys for Plaintiff Federal Trade Commission*<br><br>KEKER, VAN NEST & PETERS LLP<br><br>By: *R. James Slaughter*<br><br>R. James Slaughter |
| 27 | Michelle Park Chiu, Bar No. 248421 | |

JOINT STIPULATION AND [PROPOSED] MODIFIED ORDER CASE NO. 3:23-CV-01710-AMO

2

| | |
|---|---|
| michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>J. Clayton Everett Jr., *pro hac vice*<br>clay.everett@morganlewis.com<br>Ryan M. Kantor, *pro hac vice*<br>ryan.kantor@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001<br><br>John C. Dodds, *pro hac vice*<br>john.dodds@morganlewis.com<br>Zachary M. Johns, *pro hac vice*<br>zachary.johns@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: (215) 963-5000<br>Facsimile: (212) 309-6001<br><br>*Attorneys for Defendant*<br>*Intercontinental Exchange, Inc.* | Elliot R. Peters<br>epeters@keker.com<br>R. James Slaughter<br>rslaughter@keker.com<br>Khari J. Tillery<br>ktilery@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Jonathan M. Moses, *pro hac vice*<br>Adam L. Goodman, *pro hac vice*<br>WACHTELL, LIPTON, ROSEN&KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1361<br>jmmoses@WLRK.com<br>algoodman@WLRK.com<br><br>*Attorneys for Defendant*<br>*Black Knight, Inc.* |

JOINT STIPULATION AND [PROPOSED] MODIFIED ORDER CASE NO. 3:23-CV-01710-AMO         3

*This order **as modified** has been entered after consultation with the parties*.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____June 26, 2023_____     _____
                                          Honorable Araceli Martínez-Olguín
                                          United States District Judge
                                          Northern District of California