# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**FEDERAL TRADE COMMISSION**,

       Plaintiff,

    v.

**INTERCONTINENTAL EXCHANGE, INC.**

and

**BLACK KNIGHT, INC.,**

       Defendants.

Case No. 3:23-cv-01710-AMO

**[PROPOSED] ORDER DENYING AS MOOT PARTIES' SUBMISSIONS ADDRESSING COURT'S AUTHORITY TO STAY**

1   Having considered Defendants' Submission Addressing the Court's Authority

2   (Dkt. 161), Plaintiff's Response to Defendants' Submission Addressing the Court's Authority

3   (Dkt. 166), and the parties' arguments to the Court, and in light of the Federal Trade

4   Commission's June 27, 2023 Order continuing the administrative proceeding until September 25,

5   2023 (Dkt. 166-1), the Court hereby DENIES AS MOOT the parties' submissions addressing the

6   Court's authority, and the issues raised therein.

7   The parties shall appear before this Court for an evidentiary hearing regarding Plaintiff's

8   motion for a preliminary injunction beginning on July 24, 2023, at 9 a.m.

9   IT IS SO ORDERED.

10

11   Dated: _____, 2023   _____

12   Honorable Araceli Martínez-Olguín
    United States District Judge
13   Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING AS MOOT PARTIES' SUBMISSIONS ADDRESSING COURT'S
AUTHORITY
CASE NO. 3:23-cv-01710-AMO