# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**FEDERAL TRADE COMMISSION**,

Plaintiff,

v.

**INTERCONTINENTAL EXCHANGE, INC.**

and

**BLACK KNIGHT, INC.,**

Defendants.

Case No. 3:23-cv-01710-AMO

**[PROPOSED]** **ORDER DENYING AS MOOT PARTIES' SUBMISSIONS ADDRESSING COURT'S AUTHORITY TO STAY**

1  Having considered Defendants' Submission Addressing the Court's Authority
2  (Dkt. 161), Plaintiff's Response to Defendants' Submission Addressing the Court's Authority
3  (Dkt. 166), and the parties' arguments to the Court, and in light of the Federal Trade
4  Commission's June 27, 2023 Order continuing the administrative proceeding until September 25,
5  2023 (Dkt. 166-1), the Court hereby DENIES AS MOOT the parties' submissions addressing the
6  Court's authority, and the issues raised therein.

7  The parties shall appear before this Court for an evidentiary hearing regarding Plaintiff's
8  motion for a preliminary injunction beginning on July 24, 2023, at 9 a.m.

9  IT IS SO ORDERED.

11  Dated: ___July 1_____, 2023   _____
12                                      Honorable Araceli Martínez-Olguín
                                        United States District Judge
13                                      Northern District of California

28  [PROPOSED] ORDER DENYING AS MOOT PARTIES' SUBMISSIONS ADDRESSING COURT'S AUTHORITY
CASE NO. 3:23-cv-01710-AMO