UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.** <br><br> and <br><br> **BLACK KNIGHT, INC.**, <br><br> Defendants. | Case No. 3:23-cv-01710-AMO <br><br> **JOINT STIPULATION REGARDING WITHDRAWAL OF WITNESS MAYUR KAPANI AND FTC'S MOTION IN LIMINE** <br><br> July 24, 2023, 9 a.m. <br> July 25, 2023, 9 a.m. <br> July 26, 2023, 9 a.m. <br><br> Judge: Hon. Araceli Martínez-Olguín |

JOINT STIPULATION ON WITHDRAWAL OF WITNESS MAYUR KAPANI

1   WHEREAS, Defendants Intercontinental Exchange, Inc. ("ICE") and Black Knight, Inc.
2   ("Black Knight," and together with ICE, "Defendants"), on June 30, 2023, consistent with the
3   scheduling order in this matter, served as part of their direct evidence submissions a written
4   declaration from Mr. Kapani (*see* ECF No. 118);

5   WHEREAS, Plaintiff, the Federal Trade Commission ("FTC"), on June 30, 2023,
6   submitted a motion in limine to exclude the testimony of Mayur Kapani (ECF No. 169-1); AND

7   WHEREAS, Defendants have agreed to stipulate to the relief sought in the FTC's motion
8   in order to preserve the resources of the Parties and the Court:

9   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties
10  that:

11  (1)   Defendants will not call Mayur Kapani to testify at the preliminary injunction
12  hearing in this matter and will withdraw the declaration of Mr. Kapani served on June 30, 2023;
13  and

14  (2)   This provides the relief sought in the FTC's Motion, which is now moot.

Dated: July 6, 2023

| FEDERAL TRADE COMMISSION | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: */s/ Abby L. Dennis*<br>Abby L. Dennis | By: */s/ Minna Lo Naranjo*<br>Minna Lo Naranjo |
| Peter Richman<br>Ashley Masters<br>Abigail Wood<br>Daniel Aldrich<br>Laura Antonini<br>Catharine Bill<br>Caitlin Cipicchio<br>Steven Couper<br>Jessica S. Drake<br>Janet Kim<br>Christopher Lamar<br>Lauren Sillman<br>Neal Perlman<br>Nicolas Stebinger<br>Nina Thanawala<br>Taylor Weaver<br>**FEDERAL TRADE COMMISSION** | Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>J. Clayton Everett Jr., *pro hac vice*<br>clay.everett@morganlewis.com<br>Ryan M. Kantor, *pro hac vice*<br>ryan.kantor@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541 |

JOINT STIPULATION ON WITHDRAWAL OF WITNESS MAYUR KAPANI

600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2381

*Attorneys for Plaintiff Federal Trade Commission*

Telephone: (202) 739-3000
Facsimile: (202) 739-3001

John C. Dodds, *pro hac vice*
john.dodds@morganlewis.com
Zachary M. Johns, *pro hac vice*
zachary.johns@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (212) 309-6001

Harry T. Robins, *pro hac vice*
harry.robins@morganlewis.com
Susan Zhu, *pro hac vice*
susan.zhu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Kalpana Srinivasan, Bar No. 237460
ksrinivasan@susmangodfrey.com
Michael Gervais, Bar No. 330731
mgervais@susmangodfrey.com
Jesse-Justin Cuevas, Bar No. 307611
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Shawn L. Raymond, *pro hac vice*
sraymond@susmangodfrey.com
Alexander L. Kaplan, *pro hac vice*
akaplan@susmangodfrey.com
Adam Carlis, *pro hac vice*
acarlis@susmangodfrey.com
Michael C. Kelso, *pro hac vice*
mkelso@susmangodfrey.com
Abigail Noebels, *pro hac vice*
anoebels@susmangodfrey.com
Alejandra C. Salinas, *pro hac vice forthcoming*
asalinas@susmangodfrey.com
Krisina Zuñiga, *pro hac vice*
kzuniga@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Defendant*
*Intercontinental Exchange, Inc.*

and

Elliot R. Peters, Bar No. 158708
epeters@keker.com
R. James Slaughter, Bar No. 192813
rslaughter@keker.com
Khari J. Tillery, Bar No. 215669
ktillery@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Jonathan M. Moses, *pro hac vice*
jmmoses@wlrk.com
Adam L. Goodman, *pro hac vice*
algoodman@wlrk.com
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendant*
*Black Knight, Inc.*

**Local Rule 5-1(h)(3) Attestation**

Pursuant to N.D. Cal. Local Rule 5-1(h)(3), the undersigned attests that each of the other signatories to this document have concurred in the filing of this document.

Dated: July 6, 2023          By:   */s/ Minna Lo Naranjo*

                                      Minna Lo Naranjo
                                      MORGAN, LEWIS & BOCKIUS LLP

                                      *Attorney for Defendant*
                                      *Intercontinental Exchange, Inc.*

**Proof of Service**

I, Minna Lo Naranjo, hereby certify that on July 6, 2023, I electronically filed the document entitled **JOINT STIPULATION REGARDING WITHDRAWAL OF WITNESS MAYUR KAPANI AND FTC'S MOTION IN LIMINE** with the Clerk of the Court for the United States District Court for the Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: July 6, 2023          By:   */s/ Minna Lo Naranjo*

                                        Minna Lo Naranjo
                                      MORGAN, LEWIS & BOCKIUS LLP

                                      *Attorney for Defendant*
                                      *Intercontinental Exchange, Inc.*