Jeffrey James VanHooreweghe (CA State Bar No. 313371)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: 415-947-2046
Facsimile: 866-974-7329
Email: jvanhooreweghe@wsgr.com

*Counsel for Zillow Group, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-01710-AMO |
| Plaintiff, | |
| v. | **ZILLOW GROUP, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| INTERNATIONAL EXCHANGE, INC. and BLACK KNIGHT, INC., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Zillow Group, Inc. does not have a parent corporation and there is no publicly held corporation that owns 10% or more of Zillow Group, Inc.'s stock.

Pursuant to Civil L.R. 3-15, Zillow Group, Inc., by and through the undersigned counsel, certifies that as of this date, other than the named party, there is no conflict or interest to report.

Dated: July 7, 2023                          Respectfully submitted,

                                             WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation

                                             s/ *Jeffrey James VanHooreweghe*
                                             Jeffrey James VanHooreweghe
                                             (CA State Bar No. 313371)
                                             One Market Plaza
                                             Spear Tower, Suite 3300
                                             San Francisco, California 94105
                                             Telephone: 415-947-2046
                                             Facsimile: 866-974-7329
                                             Email: jvanhooreweghe@wsgr.com

                                             *Counsel for Zillow Group, Inc.*