UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.** <br><br> and <br><br> **BLACK KNIGHT, INC.**, <br><br> Defendants. | Case No. 3:23-cv-01710-AMO <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO CONTINUE THE EVIDENTIARY HEARING RE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (DKT. 109) AND HEARINGS RE ALL RELATED MOTIONS (DKT. 95, 171)** |

[~~Proposed~~] Order Granting Joint Motion for a Continuance
Case No. 3:23-cv-01710-AMO

|   |   |
|---|---|
| 1 | Now pending before the Court is a Joint Motion to Continue the Evidentiary Hearing Regarding Plaintiff's Motion for a Preliminary Injunction (Dkt. 109), and the hearings for all related motions—i.e., Plaintiff's Motion to Strike (Dkt. 95) and Plaintiff's Motion in Limine (Dkt. 171)—pursuant to the Federal Rules of Civil Procedure and Local Rule 7-7 of the Northern District of California. After consideration of the Motion and all other matters presented to the Court, and in light of the parties' discussion of a potential resolution of the current matter resulting from Defendants Intercontinental Exchange, Inc. ("ICE") and Black Knight, Inc.'s ("Black Knight") announcement of the planned divestiture of the Optimal Blue business (including the Optimal Blue PPE), and the need for FTC staff to analyze the implications of the divestiture for this case and the parallel administrative proceedings and advise the FTC Commissioners, IT IS HEREBY ORDERED that the Joint Motion to Continue the Evidentiary Hearing Regarding Plaintiff's Motion for a Preliminary Injunction (Dkt. 109), and the hearings for all related motions—i.e., Plaintiff's Motion to Strike (Dkt. 95) and Plaintiff's Motion in Limine (Dkt. 171)—is GRANTED. The pre-hearing conference, and hearings for Plaintiff's Motion to Strike and Motion in Limine, will be rescheduled to August 9, 2023 and the evidentiary hearing will be rescheduled to August 14-16, 2023. |

IT IS SO ORDERED.

Dated: _____July 17_, 2023                 By: _____
                                               Hon. Araceli Martínez-Olguín
                                               United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION FOR A CONTINUANCE
CASE NO. 3:23-CV-01710-AMO