# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-01710-AMO |
| **INTERCONTINENTAL EXCHANGE, INC.,** | **[PROPOSED] REVISED SCHEDULING ORDER** |
| and | Judge:   Hon. Araceli Martínez-Olguín |
| **BLACK KNIGHT, INC.,** | |
| Defendants. | |

At the parties' joint request, the Court continued the preliminary injunction hearing in this matter to August 14–15, 2023. ECF 270, 272. The Court further ordered the parties to submit a proposed schedule governing revised prehearing submissions. ECF 271. Having considered the parties' submission, the Court **SETS** the following deadlines with respect to the evidentiary hearing on the FTC's claim for a preliminary injunction under Section 13(b) of the Federal Trade Commission Act and any defenses to that claim pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to submit any supplemental or revised direct evidence through declarations, deposition designations, and exhibits. | July 31, 2023 |
| Each side will notify the other side which witnesses that side intends to cross-examine during the hearing. | August 2, 2023 |
| Submission of simultaneous 10-page opening briefs regarding the impact of the proposed Optimal Blue transaction | August 3, 2023 |
| Each side will provide the other side with the availability of each witness who will appear for cross-examination. | August 4, 2023 |
| Parties that intend to offer as evidence any new materials (i.e., not previously addressed by in-camera motions) designated as confidential by an opposing party or non-party shall provide notice to the opposing party or non-party by this date. | August 4, 2023 |
| Submission of simultaneous, optional 5-page response briefs regarding the impact of the proposed Optimal Blue transaction | August 7, 2023 |
| Deadline to submit joint statement (1) identifying each witness each party intends to call, the subject matter of the testimony, and the anticipated length of the examination; and (2) a list identifying each exhibit each party intends to offer at the evidentiary hearing through a witness declaration or live testimony. This list will also identify which exhibits are subject to a confidentiality designation and where on the docket the Court can locate a motion for in camera treatment, if any, or a declaration in support of sealing as required by Local Rule 79-5. | August 7, 2023 |

| Deadline to file motions for in camera treatment of proposed hearing exhibits. | August 7, 2023 |
|---|---|
| Deadline to file responses to motions for in camera treatment of any proposed hearing exhibits not covered by previous in camera motions. | August 8, 2023 |
| Pre-hearing conference | August 9, 2023 at 11:00 a.m. |
| Evidentiary hearing on Plaintiff's Motion begins. The parties will cross-examine witnesses, as well as redirect them.[1] The parties are limited to 8 hours per side. | August 14 at 9:00 a.m. |
| Deadline to submit post-hearing proposed findings of fact and conclusions of law. Each side's post-hearing proposed findings of fact and conclusions of law shall not exceed 75 pages. | August 21, 2023 |

**IT IS SO ORDERED.**


Dated: _____, 2023

                                _____
                                Honorable Araceli Martínez-Olguín
                                United States District Judge
                                Northern District of California

Dated July 19, 2023


FEDERAL TRADE COMMISSION        SUSMAN GODFREY L.L.P.


By: */s/ Abby L. Dennis*_____        By: */s/ Kalpana Srinivasan*_____
    Abby L. Dennis                        Kalpana Srinivasan

    Peter Richman                        Kalpana Srinivasan, Bar No. 237460
    Ashley Masters                      ksrinivasan@susmangodfrey.com
    Daniel Aldrich                        Michael Gervais, Bar No. 330731
    Laura Antonini                      mgervais@susmangodfrey.com

---

[1] Based on the Court's statements during the June 23, 2023, status conference that the parties "can use [their] eight hours however best [they] need it" (Hr'g Tr. 14:10-11), Defendants may elect to use a portion of their time to conduct short direct examinations for some witnesses. Based on the Court's subsequent minute order limiting live direct testimony to witnesses for whom the "parties could not secure declarations," the FTC objects to Defendants' proposed direct examination of witnesses who submitted declarations. ECF 154. The parties further explain their positions in the July 14, 2023 joint statement. ECF 266.

PROPOSED SCHEDULE AND ORDER
CASE NO. 3:23-CV-01710-AMO

Catharine Bill
Caitlin Cipicchio
Steven Couper
Jessica S. Drake
Janet Kim
Christopher Lamar
Susan Musser
Neal Perlman
Lauren Sillman
Nicolas Stebinger
Nina Thanawala
Taylor Weaver

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2381
*Attorneys for Plaintiff Federal Trade
Commission*

.

Jesse-Justin Cuevas, Bar No. 307611
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Shawn L. Raymond, *pro hac vice*
sraymond@susmangodfrey.com
Alexander L. Kaplan, *pro hac vice*
akaplan@susmangodfrey.com
Adam Carlis, *pro hac vice forthcoming*
acarlis@susmangodfrey.com
Michael C. Kelso, *pro hac vice pending*
mkelso@susmangodfrey.com
Abigail Noebels, *pro hac vice*
*anoebels@susmangodfrey.com*
Alejandra C. Salinas, *pro hac vice*
*forthcoming*
asalinas@susmangodfrey.com
Krisina Zuñiga, *pro hac vice*
kzuniga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. Clayton Everett Jr., *pro hac vice*
clay.everett@morganlewis.com
Ryan M. Kantor, *pro hac vice*
ryan.kantor@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541

PROPOSED SCHEDULE AND ORDER
CASE NO. 3:23-CV-01710-AMO

Telephone: (202) 739-3000
Facsimile: (202) 739-3001

John C. Dodds, *pro hac vice*
john.dodds@morganlewis.com
Zachary M. Johns, *pro hac vice*
zachary.johns@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (212) 309-6001

*Attorneys for Defendant*
*Intercontinental Exchange, Inc.*

KEKER, VAN NEST & PETERS LLP

By: /s/ R. James Slaughter

R. James Slaughter

Elliot R. Peters
epeters@keker.com
R. James Slaughter
rslaughter@keker.com
Khari J. Tillery
ktilery@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Jonathan M. Moses, *pro hac vice*
JMMoses@WLRK.com
Adam L. Goodman, *pro hac vice*
ALGoodman@WLRK.com
WACHTELL, LIPTON,
ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile:  (212) 403-
2000algoodman@WLRK.com

PROPOSED SCHEDULE AND ORDER
CASE NO. 3:23-CV-01710-AMO

4

*Attorneys for Defendant*
*Black Knight, Inc.*

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Abby Dennis, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I attest that the other signatories concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: July 19, 2023                          /s/ *DRAFT*

                                                      Abby L. Dennis

PROPOSED SCHEDULE AND ORDER
CASE NO. 3:23-CV-01710-AMO