**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, , <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.,** <br> and <br> **BLACK KNIGHT, INC.,** <br><br>   s. | 3:23-cv-01710-AMO <br><br> [~~PROPOSED~~] REVISED SCHEDULING ORDER <u>AS AMENDED</u> <br><br> Judge:   Hon. Araceli Martínez-Olguín |

1   At the parties' joint request, the Court continued the preliminary injunction hearing in this matter to August 14–15, 2023. ECF 270, 272. <u>The Court granted the joint request particularly in light of changed circumstances – Defendants Intercontinental Exchange, Inc.'s ("ICE") and Black Knight, Inc.'s ("Black Knight") announcement of the planned divestiture of "Optimal Blue," a substantial element in the instant dispute.</u>  The Court further ordered the parties to submit a proposed schedule governing revised prehearing submissions. ECF 271. <u>Considering the changed circumstances, the Court anticipates that the arguments and record for review have also changed, potentially substantially. Rather than review supplemental briefing merely referring or citing to earlier argument, the Court would prefer to review consolidated materials which fully include arguments as the facts now stand. Accordingly, the Court grants the parties additional pages for briefing than they originally proposed.</u>

Having considered the parties' submission, the Court **SETS** the following deadlines with respect to the evidentiary hearing on the FTC's claim for a preliminary injunction under Section 13(b) of the Federal Trade Commission Act and any defenses to that claim pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to submit any supplemental or revised direct evidence through declarations, deposition designations, and exhibits. | July 31, 2023 |
| Each side will notify the other side which witnesses that side intends to cross-examine during the hearing. | August 2, 2023 |
| Submission of simultaneous ~~10~~25-page opening briefs regarding <u>the motion for preliminary junction including discussion of the</u> impact of the proposed Optimal Blue transaction | August 3, 2023 |
| Each side will provide the other side with the availability of each witness who will appear for cross-examination. | August 4, 2023 |
| Parties that intend to offer as evidence any new materials (i.e., not previously addressed by in-camera motions) designated as confidential by an opposing party or non-party shall provide notice to | August 4, 2023 |

~~Proposed~~ Schedule and Order <u>as Amended</u>
Case No. 3:23-cv-01710-AMO

1

| | |
|---|---|
| the opposing party or non-party by this date. | |
| Submission of simultaneous, ~~optional~~ ~~5~~10-page response briefs regarding the <u>motion for preliminary junction including discussion of the impact of the proposed Optimal Blue transaction</u> | August 7, 2023 |
| Deadline to submit joint statement (1) identifying each witness each party intends to call, the subject matter of the testimony, and the anticipated length of the examination; and (2) a list identifying each exhibit each party intends to offer at the evidentiary hearing through a witness declaration or live testimony. This list will also identify which exhibits are subject to a confidentiality designation and where on the docket the Court can locate a motion for in camera treatment, if any, or a declaration in support of sealing as required by Local Rule 79-5. | August 7, 2023 |
| Deadline to file motions for in camera treatment of proposed hearing exhibits. | August 7, 2023 |
| Deadline to file responses to motions for in camera treatment of any proposed hearing exhibits not covered by previous in camera motions. | August 8, 2023 |
| Pre-hearing conference | August 9, 2023 at 11:00 a.m. |
| Evidentiary hearing on Plaintiff's Motion begins. The parties will cross-examine witnesses, as well as redirect them. The parties are limited to 8 hours per side<u>, to be utilized however they choose; however, the parties are encouraged to secure advance declarations of witnesses where possible to save time in court.</u> | August 14 at 9:00 a.m. |
| Deadline to submit post-hearing proposed findings of fact and conclusions of law. Each side's post-hearing proposed findings of fact and conclusions of law shall not exceed ~~75~~ 50 pages. | August 21, 2023 |

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

~~PROPOSED~~ SCHEDULE AND ORDER <u>AS AMENDED</u>
CASE NO. 3:23-CV-01710-AMO

2