# EXHIBIT 1

| | |
|---|---|
| **From:** | Rachel Warren <Rachel.Warren@kobrekim.com> |
| **Sent:** | Monday, June 26, 2023 11:10 AM |
| **To:** | Summers, Matthew; Tsoumas, Tammy A. |
| **Cc:** | Benjamin Sirota; Danielle Rose |
| **Subject:** | RE: [EXTERNAL] RE: D09413 Respondent Intercontinental Exchange's Opposition to Non-Party Daniel Sogorka's Motion for Leave to File Proposed Reply |
| **Attachments:** | KE Highlights -- FTC Docket No. 9413_ICE Notice to Sagent M&C, LLC and Warburg Pincus LLC.pdf |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Matt,

ICE does not intend to oppose Sagent/Warburg's anticipated motion seeking in camera treatment of the documents highlighted in the attached.

Best,
Rachel


Rachel Warren
+1 646 876 9867

**KOBRE & KIM**

[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Summers, Matthew <matthew.summers@kirkland.com>
**Sent:** Friday, June 23, 2023 2:53 PM
**To:** Rachel Warren <Rachel.Warren@kobrekim.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>
**Cc:** Benjamin Sirota <Benjamin.Sirota@kobrekim.com>; Danielle Rose <Danielle.Rose@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: D09413 Respondent Intercontinental Exchange's Opposition to Non-Party Daniel Sogorka's Motion for Leave to File Proposed Reply

Rachel,

Highlighted in the attached are those documents that we intend to move for in camera treatment in whole or in part. We reserve the right to amend this list based on further review and consideration.

We look forward to hearing your position.

Best regards,
Matt

**Matthew Summers**

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8215  **M** +1 213 798 2030
**F** +1 213 680 8500

matthew.summers@kirkland.com

---

**From:** Rachel Warren <Rachel.Warren@kobrekim.com>
**Sent:** Friday, June 23, 2023 8:52 AM
**To:** Summers, Matthew <matthew.summers@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>
**Cc:** Benjamin Sirota <Benjamin.Sirota@kobrekim.com>; Danielle Rose <Danielle.Rose@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: D09413 Respondent Intercontinental Exchange's Opposition to Non-Party Daniel Sogorka's Motion for Leave to File Proposed Reply

Thanks, Matt. Can you please provide us with a list of the documents you intend to seek in camera treatment over? We can then let you know ICE's position on Sagent/Warburg's anticipated motion.

Best,
Rachel


Rachel Warren
+1 646 876 9867

**KOBRE & KIM**

www.kobrekim.com

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Summers, Matthew <matthew.summers@kirkland.com>
**Sent:** Thursday, June 22, 2023 9:07 PM
**To:** Rachel Warren <Rachel.Warren@kobrekim.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>
**Cc:** Benjamin Sirota <Benjamin.Sirota@kobrekim.com>; Danielle Rose <Danielle.Rose@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: D09413 Respondent Intercontinental Exchange's Opposition to Non-Party Daniel Sogorka's Motion for Leave to File Proposed Reply

Thanks very much, Rachel. Are you available tomorrow to meet and confer on Sagent's and Warburg's anticipated motion to keep in camera certain of ICE's proposed trial exhibits in the attached notice? We are available from 11:30am to noon, or any time after 2:30pm PST.

Please let us know.

Many thanks,
Matt

**Matthew Summers**

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8215  **M** +1 213 798 2030
**F** +1 213 680 8500

matthew.summers@kirkland.com

---

**From:** Rachel Warren <Rachel.Warren@kobrekim.com>
**Sent:** Thursday, June 22, 2023 1:57 PM
**To:** Summers, Matthew <matthew.summers@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>
**Cc:** Benjamin Sirota <Benjamin.Sirota@kobrekim.com>; Danielle Rose <Danielle.Rose@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: D09413 Respondent Intercontinental Exchange's Opposition to Non-Party Daniel Sogorka's Motion for Leave to File Proposed Reply

Matt,

Please see attached for the redacted, public version of Respondent Intercontinental Exchange's Opposition to Non-Party Daniel Sogorka's Motion for Leave to File Proposed Reply in Support of his Motion to Quash or Limit Intercontinental Exchange's Deposition Subpoena filed today.

Best,
Rachel


Rachel Warren
+1 646 876 9867

**KOBRE & KIM**

www.kobrekim.com