TROUTMAN PEPPER
HAMILTON SANDERS LLP
Susan N. Nikdel, Cal. Bar No. 317921
Susan.Nikdel@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614
Telephone:  949.622.2700
Facsimile:   949.622.2739

Attorneys for Non-Party
loanDepot.com, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br>Plaintiff, <br><br>v. <br><br>INTERCONTINENTAL EXCHANGE, INC. and BLACK KNIGHT, INC., | Case No. 3:23-cv-01710-AMO <br><br>**NOTICE OF APPEARANCE FOR NON-PARTY LOANDEPOT.COM, LLC** <br><br>**(L.R. 5-1(c)(2))** |

Notice is hereby given that Susan N. Nikdel, of the law firm Troutman Pepper Hamilton Sanders LLP, enters her appearance in this action as counsel on behalf of non-party loanDepot.com, LLC. It is respectfully requested that she be served with copies of all notices, pleadings, orders, and other documents filed in these proceedings via CM/ECF or otherwise. The undersigned counsel certifies that she is admitted to practice before this Court.

| | | |
|---|---|---|
| 1 | Dated: July 31, 2023 | **TROUTMAN PEPPER** |
| 2 | | **HAMILTON SANDERS LLP** |

By: */s/ Susan N. Nikdel*
    Susan N. Nikdel

Attorneys for Non-Party
loanDepot.com, LLC