| | |
|---|---|
| Kalpana Srinivasan, Bar No. 237460<br>ksrinivasan@susmangodfrey.com<br>Michael Gervais, Bar No. 330731<br>mgervais@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>Shawn L. Raymond, *pro hac vice*<br>sraymond@susmangodfrey.com<br>Alexander L. Kaplan, *pro hac vice*<br>akaplan@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>J. Clayton Everett Jr., *pro hac vice*<br>clay.everett@morganlewis.com<br>Ryan M. Kantor, *pro hac vice*<br>ryan.kantor@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001<br><br>*Attorneys for Defendant*<br>*Intercontinental Exchange, Inc.* | Elliot R. Peters, Bar No. 158708<br>epeters@keker.com<br>R. James Slaughter, Bar No. 192813<br>rslaughter@keker.com<br>Khari J. Tillery, Bar No. 215669<br>ktillery@keker.com<br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Jonathan M. Moses, *pro hac vice*<br>jmmoses@wlrk.com<br>Adam L. Goodman, *pro hac vice*<br>algoodman@wlrk.com<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br><br>*Attorneys for Defendant*<br>*Black Knight, Inc.* |

(Additional counsel appear on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL EXCHANGE, INC. and BLACK KNIGHT, INC.,<br><br>    Defendants. | Case No. 3:23-cv-01710-AMO<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DEFENDANTS' SUPPLEMENTAL DIRECT EVIDENCE** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Intercontinental Exchange, Inc. ("ICE") and Black Knight, Inc. ("Black Knight" and, together with ICE, "Defendants") served the Federal Trade Commission by FTP this evening at 10:21 p.m. Pacific time the following materials due July 31, 2023, pursuant to the July 20, 2023, Scheduling Order (ECF 278): (1) Defendants' supplemental direct evidence via declarations, (2) Defendants' revised exhibit list and supplemental exhibits identified after June 30, 2023, (3) designated deposition transcripts and videos (including the FTC's counter-designations) for witnesses whose deposition testimony Defendants affirmatively offer, and (4) redacted versions of the exhibits for which Defendants are seeking *in camera* treatment, *see* ECF 249, 252. Defendants will deliver to the Court tomorrow, August 1, replacement thumb drives containing all of Defendants' direct evidence, inclusive of materials submitted to the FTC and to the Court in connection with the original June 30, 2023, direct-evidence deadline.

Dated: July 31, 2023

| | | |
|---|---|---|
| 1 | By */s/ R. James Slaughter* | By */s/ Kalpana Srinivasan* |
| 2 | Elliot R. Peters Bar No. 158708<br>epeters@keker.com | Kalpana Srinivasan, Bar No. 237460<br>ksrinivasan@susmangodfrey.com |
| 3 | R. James Slaughter, Bar No. 192813<br>rslaughter@keker.com | Michael Gervais, Bar No. 330731<br>mgervais@susmangodfrey.com |
| 4 | Khari J. Tillery, Bar. No. 215669<br>ktillery@keker.com | Jesse-Justin Cuevas, Bar No. 307611<br>jcuevas@susmangodfrey.com |
| 5 | **KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street | **SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400 |
| 6 | San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400 | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 7 | Facsimile: (415) 397-7188 | Facsimile: (310) 789-3150 |
| 8 | Jonathan M. Moses, *pro hac vice*<br>jmmoses@wlrk.com | Shawn Raymond, *pro hac vice*<br>sraymond@susmangodfrey.com |
| 9 | Adam L. Goodman, *pro hac vice*<br>algoodman@wlrk.com | Alex Kaplan, *pro hac vice*<br>akaplan@susmangodfrey.com |
| 10 | **WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street | Adam Carlis, *pro hac vice*<br>acarlis@susmangodfrey.com |
| 11 | New York, NY 10019<br>Telephone: (212) 403-1000 | Michael C. Kelso, *pro hac vice*<br>mkelso@susmangodfrey.com |
| 12 | Facsimile: (212) 403-2000 | Abby Noebels, *pro hac vice*<br>anoebels@susmangodfrey.com |
| 13 | *Attorneys for Defendant*<br>*Black Knight, Inc.* | Alejandra Salinas, *pro hac vice*<br>asalinas@susmangodfrey.com |
| 14 | | Krisina Zuñiga, *pro hac vice*<br>kzuniga@susmangodfrey.com |
| 15 | | **SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100 |
| 16 | | Houston, Texas 77002-5096<br>Telephone: (713) 651-9366 |
| 17 | | Facsimile: (713) 654-6666 |
| 18 | | |
| 19 | | J. Clayton Everett Jr., *pro hac vice*<br>clay.everett@morganlewis.com |
| 20 | | Ryan M. Kantor, *pro hac vice*<br>ryan.kantor@morganlewis.com |
| 21 | | **MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW |
| 22 | | Washington, D.C. 20004-2541<br>Telephone: (202) 739-3000 |
| 23 | | Facsimile: (202) 739-3001 |
| 24 | | John C. Dodds, *pro hac vice*<br>john.dodds@morganlewis.com |
| 25 | | Zachary M. Johns, *pro hac vice*<br>zachary.johns@morganlewis.com |
| 26 | | **MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Street |
| 27 | | Philadelphia, PA 19103-2921<br>Telephone: (215) 963-5000 |
| 28 | | Facsimile: (212) 309-6001 |

(*Cont…*)

Harry T. Robins, *pro hac vice*
harry.robins@morganlewis.com
Susan Zhu, *pro hac vice*
susan.zhu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:     (415) 442-1000
Facsimile:      (415) 442-1001

*Attorneys for Defendant
Intercontinental Exchange, Inc.*

**Local Rule 5-1(h)(3) Attestation**

Pursuant to N.D. Cal. Local Rule 5-1(h)(3), the undersigned attests that each of the other signatories to this document have concurred in the filing of this document.

Dated: June 30, 2023                By:   /s/ *Kalpana Srinivasan*

Kalpana Srinivasan
SUSMAN GODFREY L.L.P.

*Attorney for Defendant
Intercontinental Exchange, Inc.*