**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.** <br> and <br> **BLACK KNIGHT, INC.,** <br><br> Defendants. | Case No. 3:23-cv-01710-AMO <br><br> **JOINT STIPULATION RE AMENDED BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

JOINT STIPULATION RE AMENDED BRIEFING SCHEDULE & [PROPOSED] ORDER
CASE NO. 3:23-CV-01710-AMO

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Federal Trade Commission and
2  Defendants Intercontinental Exchange, Inc. and Black Knight, Inc. (collectively, the "Parties")
3  hereby stipulate as follows:
4  WHEREAS, on July 17, 2023, the Court granted the Parties' Joint Motion to Continue
5  the Evidentiary Hearing Regarding Plaintiff's Motion for a Preliminary Injunction (Dkt. 269),
6  and rescheduled the pre-hearing conference, and hearings for Plaintiff's Motion to Strike and
7  Motion in Limine, to August 9, 2023, and the evidentiary hearing to August 14-16, 2023 (Dkt.
8  270);
9  WHEREAS, later on July 17, 2023, the Court issued an order directing the Parties to
10  meet and confer and submit a proposed schedule for the Parties to submit revised pre-hearing
11  submissions by July 19, 2023, at 12 p.m. Pacific Time (Dkt. 271);
12  WHEREAS, on July 19, 2023, the Parties submitted a proposed revised scheduling order
13  for pre-hearing submissions (Dkt. 276);
14  WHEREAS the Parties' proposed revised scheduling order called for submission of
15  simultaneous opening briefs on August 3, 2023, and submission of simultaneous response briefs
16  on August 7, 2023 (Dkt. 276);
17  WHEREAS, on July 20, 2023, the Court entered a revised scheduling order as amended
18  governing pre-hearing submissions (Dkt. 278) (the "Revised Scheduling Order");
19  WHEREAS, the Revised Scheduling Order granted the parties' proposed deadlines for
20  simultaneous submissions on August 3, 2023 and August 7, 2023, but amended the proposed
21  order submitted by the Parties to, *inter alia*, grant the Parties additional pages for briefing to
22  enable the Court "to review consolidated materials which fully include arguments as the facts
23  now stand" (Dkt. 278);
24  WHEREAS, given developments in the case, the Parties request additional time to submit
25  their simultaneous opening briefs that are currently due on August 3, 2023;
26
27
28

JOINT STIPULATION RE AMENDED BRIEFING SCHEDULE & [PROPOSED] ORDER
CASE NO. 3:23-CV-01710-AMO
1

1    WHEREAS, aside from the Joint Motion to Continue the Evidentiary Hearing Regarding Plaintiff's Motion for a Preliminary Injunction (Dkt. 269), and the Revised Scheduling Order (Dkt. 278), there have been no previous modifications to deadlines in this case; and

WHEREAS, this stipulated extension will not affect any other existing case deadlines.

NOW THEREFORE, pursuant to Civil Local Rules 6-2(a) and 7-12, the Parties through their respective counsel hereby stipulate as follows:

1. The Parties' deadline to file simultaneous 25-page briefs regarding the motion for preliminary injunction including discussion of the impact of the proposed Optimal Blue Transaction shall be extended to August 7, 2023; and

2. The Parties will forgo responsive briefing of the August 7, 2023 submissions and address any arguments from those submissions during the evidentiary hearing and in the Parties' post-hearing proposed Findings of Fact and Conclusions of Law.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 2, 2023                                              Respectfully submitted,

| SUSMAN GODFREY L.L.P. | FEDERAL TRADE COMMISSION |
|---|---|
| By: /s/ Kalpana Srinivasan | By: /s/ Abby L. Dennis |
| Kalpana Srinivasan | Abby L. Dennis |
| Kalpana Srinivasan, Bar No. 237460<br>ksrinivasan@susmangodfrey.com<br>Michael Gervais, Bar No. 330731<br>mgervais@susmangodfrey.com<br>Jesse-Justin Cuevas, Bar No. 307611<br>jcuevas@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 | Peter Richman<br>Ashley Masters<br>Daniel Aldrich<br>Laura Antonini<br>Catharine Bill<br>Caitlin Cipicchio<br>Steven Couper<br>Janet Kim<br>Christopher Lamar<br>Susan Musser<br>Neal Perlman<br>Lauren Sillman |

JOINT STIPULATION RE AMENDED BRIEFING SCHEDULE & [PROPOSED] ORDER
CASE NO. 3:23-CV-01710-AMO

| | | |
|---|---|---|
| 1 | Shawn L. Raymond, *pro hac vice* | Nicolas Stebinger |
|   | sraymond@susmangodfrey.com | Nina Thanawala |
| 2 | Alexander L. Kaplan, *pro hac vice* | Taylor Weaver |
|   | akaplan@susmangodfrey.com | |
| 3 | Adam Carlis, *pro hac vice forthcoming* | FEDERAL TRADE COMMISSION |
|   | acarlis@susmangodfrey.com | 600 Pennsylvania Avenue, NW |
| 4 | Michael C. Kelso, *pro hac vice pending* | Washington, DC 20580 |
|   | mkelso@susmangodfrey.com | Telephone: (202) 326-2381 |
| 5 | Abigail Noebels, *pro hac vice* | |
|   | anoebels@susmangodfrey.com | *Attorneys for Plaintiff Federal Trade* |
| 6 | Alejandra C. Salinas, *pro hac vice* | *Commission* |
| 7 | *forthcoming* | |
|   | asalinas@susmangodfrey.com | |
| 8 | Krisina Zuñiga, *pro hac vice* | |
|   | kzuniga@susmangodfrey.com | |
| 9 | SUSMAN GODFREY L.L.P. | KEKER, VAN NEST & PETERS LLP |
| 10 | 1000 Louisiana, Suite 5100 | |
|   | Houston, TX 77002-5096 | |
| 11 | Telephone: (713) 651-9366 | By:   */s/ R. James Slaughter* |
| 12 | Facsimile: (713) 654-6666 | |
|   | | R. James Slaughter |
| 13 | Michelle Park Chiu, Bar No. 248421 | |
|   | michelle.chiu@morganlewis.com | Elliot R. Peters |
| 14 | Minna Lo Naranjo, Bar No. 259005 | epeters@keker.com |
|   | minna.naranjo@morganlewis.com | R. James Slaughter |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | rslaughter@keker.com |
| 16 | One Market, Spear Street Tower | Khari J. Tillery |
|   | San Francisco, CA 94105-1596 | ktilery@keker.com |
| 17 | Telephone: (415) 442-1000 | KEKER, VAN NEST & PETERS LLP |
|   | Facsimile: (415) 442-1001 | 633 Battery Street |
| 18 | | San Francisco, CA 94111-1809 |
|   | J. Clayton Everett Jr., *pro hac vice* | Telephone: (415) 391-5400 |
| 19 | clay.everett@morganlewis.com | Facsimile: (415) 397-7188 |
|   | Ryan M. Kantor, *pro hac vice* | |
| 20 | ryan.kantor@morganlewis.com | Jonathan M. Moses, *pro hac vice* |
| 21 | MORGAN, LEWIS & BOCKIUS LLP | Adam L. Goodman, *pro hac vice* |
|   | 1111 Pennsylvania Avenue, NW | WACHTELL, LIPTON, |
| 22 | Washington, D.C. 20004-2541 | ROSEN&KATZ |
|   | Telephone: (202) 739-3000 | 51 West 52nd Street |
| 23 | Facsimile: (202) 739-3001 | New York, NY 10019 |
| 24 | | (212) 403-1361 |
|   | John C. Dodds, *pro hac vice* | jmmoses@WLRK.com |
| 25 | john.dodds@morganlewis.com | algoodman@WLRK.com |
|   | Zachary M. Johns, *pro hac vice* | |
| 26 | zachary.johns@morganlewis.com | |
|   | MORGAN, LEWIS & BOCKIUS LLP | *Attorneys for Defendant* |
| 27 | | |
| 28 | | |

JOINT STIPULATION RE AMENDED BRIEFING SCHEDULE & [PROPOSED] ORDER
CASE NO. 3:23-CV-01710-AMO

3

1701 Market Street  
Philadelphia, PA 19103-2921  
Telephone: (215) 963-5000  
Facsimile: (212) 309-6001  

*Black Knight, Inc.*

*Attorneys for Defendant  
Intercontinental Exchange, Inc.*

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Abby Dennis, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I attest that the other signatories concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 2, 2023                                  /s/ *Abby L. Dennis*
                                                                       Abby L. Dennis

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____        _____
                                                              Hon. Araceli Martínez-Olguín  
                                                              UNITED STATES DISTRICT JUDGE