**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

    v.

**INTERCONTINENTAL EXCHANGE, INC.**

and

**BLACK KNIGHT, INC.**,

    Defendants.

Case No. 3:23-cv-01710-AMO

**JOINT STIPULATION RE AMENDED BRIEFING SCHEDULE AND [PROPOSED] ORDER**

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Federal Trade Commission and
2  Defendants Intercontinental Exchange, Inc. and Black Knight, Inc. (collectively, the "Parties")
3  hereby stipulate as follows:
4  WHEREAS, on July 17, 2023, the Court granted the Parties' Joint Motion to Continue
5  the Evidentiary Hearing Regarding Plaintiff's Motion for a Preliminary Injunction (Dkt. 269),
6  and rescheduled the pre-hearing conference, and hearings for Plaintiff's Motion to Strike and
7  Motion in Limine, to August 9, 2023, and the evidentiary hearing to August 14-16, 2023 (Dkt.
8  270);
9  WHEREAS, later on July 17, 2023, the Court issued an order directing the Parties to
10 meet and confer and submit a proposed schedule for the Parties to submit revised pre-hearing
11 submissions by July 19, 2023, at 12 p.m. Pacific Time (Dkt. 271);
12 WHEREAS, on July 19, 2023, the Parties submitted a proposed revised scheduling order
13 for pre-hearing submissions (Dkt. 276);
14 WHEREAS the Parties' proposed revised scheduling order called for submission of
15 simultaneous opening briefs on August 3, 2023, and submission of simultaneous response briefs
16 on August 7, 2023 (Dkt. 276);
17 WHEREAS, on July 20, 2023, the Court entered a revised scheduling order as amended
18 governing pre-hearing submissions (Dkt. 278) (the "Revised Scheduling Order");
19 WHEREAS, the Revised Scheduling Order granted the parties' proposed deadlines for
20 simultaneous submissions on August 3, 2023 and August 7, 2023, but amended the proposed
21 order submitted by the Parties to, *inter alia*, grant the Parties additional pages for briefing to
22 enable the Court "to review consolidated materials which fully include arguments as the facts
23 now stand" (Dkt. 278);
24 WHEREAS, given developments in the case, the Parties request additional time to submit
25 their simultaneous opening briefs that are currently due on August 3, 2023;
26
27
28

1  WHEREAS, aside from the Joint Motion to Continue the Evidentiary Hearing Regarding
2  Plaintiff's Motion for a Preliminary Injunction (Dkt. 269), and the Revised Scheduling Order
3  (Dkt. 278), there have been no previous modifications to deadlines in this case; and
4  WHEREAS, this stipulated extension will not affect any other existing case deadlines.
5  NOW THEREFORE, pursuant to Civil Local Rules 6-2(a) and 7-12, the Parties through
6  their respective counsel hereby stipulate as follows:
7  1. The Parties' deadline to file simultaneous 25-page briefs regarding the motion for
8  preliminary injunction including discussion of the impact of the proposed Optimal
9  Blue Transaction shall be extended to August 7, 2023 by 3:00PM PST; and
10 2. The Parties will forgo responsive briefing of the August 7, 2023 submissions and
11 address any arguments from those submissions during the evidentiary hearing and in
12 the Parties' post-hearing proposed Findings of Fact and Conclusions of Law.
13 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 2, 2023                                  Respectfully submitted,

SUSMAN GODFREY L.L.P.                                  FEDERAL TRADE COMMISSION

By:  /s/ Kalpana Srinivasan                            By:  /s/ Abby L. Dennis
     Kalpana Srinivasan                                     Abby L. Dennis

     Kalpana Srinivasan, Bar No. 237460                     Peter Richman
     ksrinivasan@susmangodfrey.com                          Ashley Masters
     Michael Gervais, Bar No. 330731                        Daniel Aldrich
     mgervais@susmangodfrey.com                             Laura Antonini
     Jesse-Justin Cuevas, Bar No. 307611                    Catharine Bill
     jcuevas@susmangodfrey.com                              Caitlin Cipicchio
     SUSMAN GODFREY L.L.P.                                  Steven Couper
     1900 Avenue of the Stars, Suite 1400                   Janet Kim
     Los Angeles, CA 90067                                  Christopher Lamar
     Telephone: (310) 789-3100                              Susan Musser
     Facsimile: (310) 789-3150                              Neal Perlman
                                                            Lauren Sillman

| | | |
|---|---|---|
| 1 | Shawn L. Raymond, *pro hac vice* <br> sraymond@susmangodfrey.com | Nicolas Stebinger <br> Nina Thanawala |
| 2 | Alexander L. Kaplan, *pro hac vice* <br> akaplan@susmangodfrey.com | Taylor Weaver |
| 3 | Adam Carlis, *pro hac vice forthcoming* <br> acarlis@susmangodfrey.com | FEDERAL TRADE COMMISSION <br> 600 Pennsylvania Avenue, NW |
| 4 | Michael C. Kelso, *pro hac vice pending* <br> mkelso@susmangodfrey.com | Washington, DC 20580 <br> Telephone: (202) 326-2381 |
| 5 | Abigail Noebels, *pro hac vice* | |
| 6 | anoebels@susmangodfrey.com | *Attorneys for Plaintiff Federal Trade Commission* |
| 7 | Alejandra C. Salinas, *pro hac vice forthcoming* <br> asalinas@susmangodfrey.com | |
| 8 | Krisina Zuñiga, *pro hac vice* | |
| 9 | kzuniga@susmangodfrey.com | |
| 10 | SUSMAN GODFREY L.L.P. <br> 1000 Louisiana, Suite 5100 | KEKER, VAN NEST & PETERS LLP |
| 11 | Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 | By:   /s/ R. James Slaughter |
| 12 | Facsimile: (713) 654-6666 | R. James Slaughter |
| 13 | Michelle Park Chiu, Bar No. 248421 <br> michelle.chiu@morganlewis.com | Elliot R. Peters |
| 14 | Minna Lo Naranjo, Bar No. 259005 <br> minna.naranjo@morganlewis.com | epeters@keker.com <br> R. James Slaughter |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | rslaughter@keker.com |
| 16 | One Market, Spear Street Tower <br> San Francisco, CA 94105-1596 | Khari J. Tillery <br> ktilery@keker.com |
| 17 | Telephone: (415) 442-1000 <br> Facsimile: (415) 442-1001 | KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street |
| 18 | | San Francisco, CA 94111-1809 <br> Telephone: (415) 391-5400 |
| 19 | J. Clayton Everett Jr., *pro hac vice* <br> clay.everett@morganlewis.com | Facsimile: (415) 397-7188 |
| 20 | Ryan M. Kantor, *pro hac vice* <br> ryan.kantor@morganlewis.com | Jonathan M. Moses, *pro hac vice* |
| 21 | MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Avenue, NW | Adam L. Goodman, *pro hac vice* <br> WACHTELL, LIPTON, |
| 22 | Washington, D.C. 20004-2541 <br> Telephone: (202) 739-3000 | ROSEN&KATZ <br> 51 West 52nd Street |
| 23 | Facsimile: (202) 739-3001 | New York, NY 10019 <br> (212) 403-1361 |
| 24 | | jmmoses@WLRK.com |
| 25 | John C. Dodds, *pro hac vice* <br> john.dodds@morganlewis.com | algoodman@WLRK.com |
| 26 | Zachary M. Johns, *pro hac vice* <br> zachary.johns@morganlewis.com | |
| 27 | MORGAN, LEWIS & BOCKIUS LLP | *Attorneys for Defendant* |
| 28 | | |

JOINT STIPULATION RE AMENDED BRIEFING SCHEDULE & [PROPOSED] ORDER
CASE NO. 3:23-CV-01710-AMO

|  |  |
|---|---|
| 1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: (215) 963-5000<br>Facsimile: (212) 309-6001 | *Black Knight, Inc.* |

*Attorneys for Defendant*
*Intercontinental Exchange, Inc.*

### FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Abby Dennis, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I attest that the other signatories concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 2, 2023          /s/ *Abby L. Dennis*
                                               Abby L. Dennis

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 3, 2023          _____
                                               Hon. Araceli Martínez-Olguín
                                               UNITED STATES DISTRICT JUDGE