**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERCONTINENTAL EXCHANGE, INC.** <br> and <br> **BLACK KNIGHT, INC.**, <br><br> Defendants. | Case No. 3:23-cv-01710-AMO <br><br> **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

1  In light of the significant progress the parties have made toward a potential resolution of the administrative proceeding, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission and Defendants Intercontinental Exchange, Inc. and Black Knight, Inc. hereby voluntarily and jointly stipulate to the dismissal of this action without prejudice.  The parties understand and agree that the filing of this joint stipulation dismissing this action effectuates the dissolution of the temporary restraining order entered in this action on April 21, 2023 (ECF No. 39).  Further, the parties have entered into an agreement (the "Timing Agreement") whereby Defendants shall refrain from closing their transaction before 11:59 p.m. EDT on the tenth calendar day after Defendants sign an Agreement Containing Consent Orders ("ACCO") for submission to the Federal Trade Commission.  The Timing Agreement provides certain deadlines and milestones for a mutually acceptable ACCO by August 25, 2023; if the parties do not sign an ACCO by that time (subject to extension in certain circumstances), any party may unilaterally terminate the Timing Agreement with three (3) calendar days written notice to all other parties.

The parties will each bear their own costs, expenses, and attorneys' fees incurred in this litigation.

SUSMAN GODFREY L.L.P.

By: /s/ Kalpana Srinivasan
    Kalpana Srinivasan

    Kalpana Srinivasan, Bar No. 237460
    ksrinivasan@susmangodfrey.com
    Michael Gervais, Bar No. 330731
    mgervais@susmangodfrey.com
    Jesse-Justin Cuevas, Bar No. 307611
    jcuevas@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067

FEDERAL TRADE COMMISSION

By: /s/ Abby L. Dennis
    Abby L. Dennis

    Peter Richman
    Ashley Masters
    Daniel Aldrich
    Laura Antonini
    Catharine Bill
    Caitlin Cipicchio
    Steven Couper
    Janet Kim
    Christopher Lamar

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:23-CV-01710-AMO

| | |
|---|---|
| Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>Shawn L. Raymond, *pro hac vice*<br>sraymond@susmangodfrey.com<br>Alexander L. Kaplan, *pro hac vice*<br>akaplan@susmangodfrey.com<br>Adam Carlis, *pro hac vice forthcoming*<br>acarlis@susmangodfrey.com<br>Michael C. Kelso, *pro hac vice pending*<br>mkelso@susmangodfrey.com<br>Abigail Noebels, *pro hac vice*<br>anoebels@susmangodfrey.com<br>Alejandra C. Salinas, *pro hac vice forthcoming*<br>asalinas@susmangodfrey.com<br>Krisina Zuñiga, *pro hac vice*<br>kzuniga@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>J. Clayton Everett Jr., *pro hac vice*<br>clay.everett@morganlewis.com<br>Ryan M. Kantor, *pro hac vice*<br>ryan.kantor@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001<br><br>John C. Dodds, *pro hac vice*<br>john.dodds@morganlewis.com | Susan Musser<br>Neal Perlman<br>Lauren Sillman<br>Nicolas Stebinger<br>Nina Thanawala<br>Taylor Weaver<br><br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Telephone: (202) 326-2381<br><br>*Attorneys for Plaintiff Federal Trade Commission*<br><br><br><br>KEKER, VAN NEST & PETERS LLP<br><br><br><br>By: <u>*R. James Slaughter*</u><br><br>    R. James Slaughter<br><br>Elliot R. Peters<br>epeters@keker.com<br>R. James Slaughter<br>rslaughter@keker.com<br>Khari J. Tillery<br>ktilery@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Jonathan M. Moses, *pro hac vice*<br>Adam L. Goodman, *pro hac vice*<br>WACHTELL, LIPTON, ROSEN&KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1361 |

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:23-CV-01710-AMO

Zachary M. Johns, *pro hac vice*
zachary.johns@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (212) 309-6001

jmmoses@WLRK.com
algoodman@WLRK.com

*Attorneys for Defendant*
*Black Knight, Inc.*

*Attorneys for Defendant*
*Intercontinental Exchange, Inc.*

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:23-CV-01710-AMO

3

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Abby L. Dennis, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I attest that the other signatories concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 7, 2023                                          /s/ *Abby L. Dennis*
                                                                                    Abby L. Dennis